Requested by JEC

This Conveyance has been examined and the Grantor has complied with Section 319.202 Of the Revised Code.

FEE $ _____
EXEMPT \_\_✓\_\_
JARRA L. UNDERWOOD, County Auditor

AMT. PD. $.50 DATE 1/23/07
JARRA L. UNDERWOOD, AUDITOR
B. Flickinger DEPUTY
B. FLICKINGER

OR 0575 PAGE 0664

200700000975
Filed for Record in
WAYNE COUNTY RECORDER
JANE CARMICHAEL
01-23-2007 At 09:29 am.
DEED         28.00
OR Book 575 Page 664 - 664

200700000975
WAYNE COUNTY TITLE
PICK UP

## Survivorship Deed

Arthur H. Pinnick, a married man, for valuable consideration paid grants with general warranty covenants, except as hereinafter stated, to

Arthur H. Pinnick and Judy Ann Pinnick
husband and wife, for their joint lives, remainder to the survivor of them

whose tax mailing address is 7695 Judy Avenue, Apple Creek, Ohio 44606, the following described property:

Situated in the Township of East Union, County of Wayne and State of Ohio:
Being part of the Northwest Quarter of Section 9, Township 16, Range 12, and known as being Lot Number 1 in the Eastwood Allotment No. 1 as recorded in Wayne County Plat Records Vol. 6, Page 402, be the same more or less, but subject to all legal highways.

Parcel No. 27-00855.000
Prior Instrument Reference: Wayne County Deed Record Volume 709, page 788.

WAYNE COUNTY TAX MAP OFFICE
Approved By MM

Said premises are hereby conveyed subject to restrictions and conditions of record, and taxes and assessments for the year 2006 and thereafter.

Judy Ann Pinnick, wife of Arthur H. Pinnick hereby releases her rights of dower.

Witness our hands this 22nd day of January, 2007.

_____        _____
Arthur H. Pinnick              Judy Ann Pinnick

STATE OF OHIO        COUNTY OF WAYNE        SS:

The foregoing deed was acknowledged before me by Arthur H. Pinnick and Judy Ann Pinnick this 22nd day of January, 2007.

Carolyn Lang Modarelli
Notary Public

This instrument prepared by:
Louise W. Keating
Attorney at Law
141 East Liberty Street
Wooster, Ohio    44691
[deed only]

Carolyn Lang Modarelli
My commission expires August 14, 2009

1