United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 21-61078-rk
Judy A Pinnick  Chapter 7
Arthur H Pinnick
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: admin     Page 1 of 2
Date Rcvd: Aug 11, 2021     Form ID: 309A     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Judy A Pinnick, Arthur H Pinnick, 7695 Judy Ave, Apple Creek, OH 44606-9536 |
| 27027068 | + | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 27027074 | + | Team Recovery, Inc, Attn: Bankruptcy, Po Box 1643, Stowe, OH 44224-0643 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: davidmtodarocolpa@gmail.com | Aug 11 2021 20:35:00 | David M. Todaro, 126 Walnut Street N, Wooster, OH 44691 |
| tr | + | EDI: QAPSILAGY.COM | Aug 12 2021 00:38:00 | Anne Piero Silagy, Esq., Canton, 1225 South Main Street Suite 1, North Canton, OH 44720-4247 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Aug 11 2021 20:35:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 27027064 | | Email/Text: ebn@americollect.com | Aug 11 2021 20:35:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 27027065 | | EDI: BANKAMER.COM | Aug 12 2021 00:38:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 27027066 | + | EDI: CAPITALONE.COM | Aug 12 2021 00:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 27027067 | + | Email/Text: bankruptcy@cavps.com | Aug 11 2021 20:35:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2322 |
| 27027069 | + | EDI: DISCOVER.COM | Aug 12 2021 00:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 27027070 | | Email/Text: eblymiller@fidelitycollections.com | Aug 11 2021 20:35:00 | Fidelity National Collections, 885 South Sawburg Avenue, Suite 103, Alliance, OH 44601 |
| 27027071 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 11 2021 20:35:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 27027072 | + | EDI: NAVIENTFKASMSERV.COM | Aug 12 2021 00:38:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 27027073 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 11 2021 20:35:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anne Piero Silagy, Esq. | asilagycourt@neo.rr.com  asilagy@ecf.axosfs.com |
| David M. Todaro | on behalf of Debtor Arthur H Pinnick davidmtodarocolpa@gmail.com davetodaro@embarqmail.com;r43226@notify.bestcase.com |
| David M. Todaro | on behalf of Debtor Judy A Pinnick davidmtodarocolpa@gmail.com  davetodaro@embarqmail.com;r43226@notify.bestcase.com |

TOTAL: 3

| | | | |
|---|---|---|---|
| | Information to identify the case: | | |
| Debtor 1: | Judy A Pinnick | Social Security number or ITIN: | xxx–xx–5366 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | Arthur H Pinnick | Social Security number or ITIN: | xxx–xx–4901 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Northern District of Ohio | Date case filed for chapter: | 7   8/9/21 |
| Case number: | 21–61078–rk | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Judy A Pinnick | Arthur H Pinnick |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7695 Judy Ave<br>Apple Creek, OH 44606 | 7695 Judy Ave<br>Apple Creek, OH 44606 |
| 4. | **Debtor's attorney**<br>Name and address | David M. Todaro<br>126 Walnut Street N<br>Wooster, OH 44691 | Contact phone 330–262–2911<br>Email: davidmtodarocolpa@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Anne Piero Silagy Esq.<br>Canton<br>1225 South Main Street Suite 1<br>North Canton, OH 44720 | Contact phone (330) 526–8221<br>Email: asilagycourt@neo.rr.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court  Ralph Regula U.S. Courthouse  401 McKinley Avenue SW  Canton, OH 44702 | Hours open:  9:00 AM – 4:00 PM  Contact phone 330–458–2120  Date: 8/11/21 |
| 7. | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 28, 2021 at 10:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** **Valid photo identification required** ***  *** **Proof of Social Security Number required** *** | Location:  **341 meeting will be conducted remotely. Please check the docket or with the case trustee for procedures.** |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/29/21** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

21-61078-rk    Doc 10    FILED 08/13/21    ENTERED 08/16/21 06:32:01    Page 4 of 4