United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 21-61078-rk
Judy A Pinnick  Chapter 7
Arthur H Pinnick
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: admin     Page 1 of 2
Date Rcvd: Dec 03, 2021     Form ID: 318     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Judy A Pinnick, Arthur H Pinnick, 7695 Judy Ave, Apple Creek, OH 44606-9536 |
| cr | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, c/o Reimer Law Co., 30455 Solon Road, Solon, OH 44139-3415 |
| 27027068 | + | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 27027074 | + | Team Recovery, Inc, Attn: Bankruptcy, Po Box 1643, Stowe, OH 44224-0643 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QAPSILAGY.COM | Dec 04 2021 01:38:00 | Anne Piero Silagy, Esq., Canton, 1225 South Main Street Suite 1, North Canton, OH 44720-4247 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Dec 03 2021 20:37:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 27027064 | | Email/Text: ebn@americollect.com | Dec 03 2021 20:37:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 27027065 | | EDI: BANKAMER.COM | Dec 04 2021 01:38:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 27027066 | + | EDI: CAPITALONE.COM | Dec 04 2021 01:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 27027067 | + | Email/Text: bankruptcy@cavps.com | Dec 03 2021 20:37:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2322 |
| 27027069 | + | EDI: DISCOVER.COM | Dec 04 2021 01:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 27027070 | | Email/Text: eblymiller@fidelitycollections.com | Dec 03 2021 20:37:00 | Fidelity National Collections, 885 South Sawburg Avenue, Suite 103, Alliance, OH 44601 |
| 27027071 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 03 2021 20:37:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 27027072 | + | EDI: NAVIENTFKASMSERV.COM | Dec 04 2021 01:38:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 27027073 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 03 2021 20:37:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021　　　　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anne Piero Silagy, Esq. | asilagycourt@neo.rr.com   asilagy@ecf.axosfs.com |
| David M. Todaro | on behalf of Debtor Arthur H Pinnick davidmtodarocolpa@gmail.com davetodaro@embarqmail.com;r43226@notify.bestcase.com |
| David M. Todaro | on behalf of Debtor Judy A Pinnick davidmtodarocolpa@gmail.com   davetodaro@embarqmail.com;r43226@notify.bestcase.com |
| Richard John LaCivita | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bknotice@reimerlaw.com, rlacivita@ecf.courtdrive.com |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Judy A Pinnick<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–5366<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Arthur H Pinnick<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–4901<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Ohio | |
| Case number: | 21–61078–rk | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Judy A Pinnick                              Arthur H Pinnick

12/3/21                                     **By the court:** RUSS KENDIG
                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**