Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 21–61078–rk**

**In re:**

Judy A Pinnick                                      Arthur H Pinnick
7695 Judy Ave                                      7695 Judy Ave
Apple Creek, OH 44606                    Apple Creek, OH 44606

**Social Security No.:**

xxx–xx–5366                                       xxx–xx–4901


### FINAL DECREE


The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Anne Piero Silagy Esq. is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.


**Dated:** December 10, 2021                    /s/ Russ Kendig
Form ohnb136a                                          United States Bankruptcy Judge